**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

GAYLE JACKSON                                                                                       Plaintiff

v.                                            4:07CV00685 WRW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                                  Defendant

**ORDER**

    The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

    IT IS SO ORDERED this 11th day of July, 2008.

                                                  /s/Wm. R. Wilson, Jr.
                                     UNITED STATES DISTRICT JUDGE