```
            IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
                      WESTERN DIVISION
```

GAYLE JACKSON                                              PLAINTIFF

v.                        4:07CV00685 WRW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                   DEFENDANT

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 11th day of July, 2008.

                                    /s/Wm. R. Wilson, Jr.
                                 UNITED STATES DISTRICT JUDGE